SHIRLEY N. HART v. DAVID HART

The defendant's motion to expunge the "Plaintiff's Motion for Physical Examination" in the appeal from the Superior Court in New Haven County is dismissed by the court, the motion having been filed prematurely.

*P. J. Pittman,* in support of the motion.

Submitted October 17—decided November 1, 1977

HARRY MONTEIRO v. AMERICAN HOME ASSURANCE COMPANY ET AL.

The motion by the defendant Continental Casualty Company to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

The motion by the named defendant and the defendant Jefferson Insurance Company to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*Richard G. Kent,* for the appellee (defendant Continental Casualty Company).

*Thomas H. Cotter,* for the appellees (named defendant et al.).

*Samuel J. Lazinger,* for the appellant (plaintiff).